**Electronically Filed
Supreme Court
SCWC-19-0000778
27-AUG-2024
03:32 PM
Dkt. 17 ODAC**

SCWC-19-0000778

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

ASSOCIATION OF APARTMENT OWNERS OF KUHIO SHORES AT POIPU,
Respondent/Plaintiff/Counterclaim Defendant-Appellee,
vs.
PACIFIC RIM PROPERTY SERVICE CORPORATION, a Hawaii Corporation,
Respondent/Defendant/Counterclaim Plaintiff-Appellee,
and
VIVIAN T. LORD, DIRECTOR OF FINANCE, COUNTY OF KAUAI,
Respondents/Defendants-Appellees,
and
WILLIAM H. GILLIAM,
Petitioner/Real Party in Interest-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000778; CIVIL no. 16-1-0063)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Devens, JJ., and
Circuit Judge Johnson, in place of Ginoza, J., recused)

The application for writ of certiorari filed on July 27, 2024, by Petitioner/Real Party in Interest-Appellant William H. Gilliam, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, August 27, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Ronald G. Johnson

